ELIZABETH NOONE, formerly ELIZABETH Moss, Respondent, *v.* FRED PERLBERG, INC., Appellant.

Argued January 15, 1945; decided March 1, 1945.

*Saul Gordon* and *Eli Davidoff* for appellant.

*John Kirkland Clark, Edward T. Welch* and *Xavier N. Sardaro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.